# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PROGRESS PARTNERS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>IGNITIONONE, INC., )<br>)<br>Defendant. )<br>) | Case No. 1:19-CV-12216 |

## NOTICE OF APPEARANCE

Please enter the appearance of Matthew J. Connolly as counsel for plaintiff Progress Partners, Inc.  I certify that I am admitted to practice in this court.

                              Respectfully submitted,

                              /s/Matthew J. Connolly
                              Matthew J. Connolly (BBO# 676954)
                              mconnolly@nutter.com
                              NUTTER, McCLENNEN & FISH, LLP
                              155 Seaport Boulevard
                              Boston, MA  02210
                              (617) 439-2000

Dated:  November 1, 2019                *Attorney for Plaintiff.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 1, 2019, a true copy of the above document was served via electronic means using the Court's Electronic Case Filing (ECF) system upon all registered ECF users, and paper copies will be sent to those indicated as non-registered participants.

                                                    /s/Matthew J. Connolly
                                                    Matthew J. Connolly

4649729