UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PROGRESS PARTNERS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:19-CV-12216 |
| IGNITIONONE, INC., | ) |
| Defendant. | ) |

## FORM OF DEFAULT JUDGMENT

Defendant IgnitionOne has failed to plead or otherwise defend in this action and its default has been entered on November 26, 2019.

Now, upon application of plaintiff and affidavits demonstrating that defendant owes the sum of $590,000, that defendant is not an infant or incompetent person or in the military service of the United States, and that the plaintiff has incurred costs in the sum of $400.

It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendant IgnitionOne, Inc. the principal amount of $590,000, with costs in the amount of $400 and prejudgment interest at the rate of 12% per annum from October 25, 2019 to November 26, 2019 in the amount of $5,900 for a total judgment of $596,300 with interest as provided by law.

By the Court,

/s/ *Christine Bono*

Christine Bono
DEPUTY CLERK

DATED: January 22, 2020

NOTE: The post judgment interest rate effective this date is  1.55 %.